| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | Court Use Only | DOCKET NO. 0447 SC 0077 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
☐ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT Concord Division ☐ HOUSING COURT _____ Division

**PART 2** — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE
Daniel Ferullo (Hit + Run Sports + Games)
523 Lowell St
Lexington, MA 02420
PHONE NO: 781-862-5254

PLAINTIFF'S ATTORNEY (if any): _____

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE
United States Postal Service
PO Box 80141
Saint Louis, MO 63180-0141
PHONE NO: 1 888 601 9328

CONCORD DISTRICT COURT CLERK'S OFFICE
04 JAN 28 PM 2:65
7263B000101/28/04SM CLAIMS 30.00
7263B000101/28/04C       SURC 10.00

**PART 4** — PLAINTIFF'S CLAIM. The defendant owes $1374.40 plus $40 court costs for the following reasons: Give the date of the event that is the basis of your claim. (vd 205 846 190) (vd 205 846 186)

On 9/16/03 I sent 2 packages containing six mitchell & Ness Authentic throwback Jerseys to an appartment building which may have hundreds of appartments, addressed to Frank Small 204, Washington St Apt # 203 Lynn, Ma 09102. At first the post office said they were delivered and then said they were picked up at the post office. The Post office gave the packages to someone other than the addressee (Troy Sutson) not Frank Small. The charge card company took the money back so I am out the money and the merchandise. The post office is responsible

SIGNATURE OF PLAINTIFF  X Daniel Ferullo    DATE 1/1/04

**PART 5** — MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6** — MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF    DATE

**NOTICE OF TRIAL**
NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.
If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.
SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT
Concord District Court
305 Walden St
Concord, Ma 01742
978-369-0500 x631

DATE AND TIME OF TRIAL
3/23/04    9:00 a.m.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: Robert J McKenna, Jr
CLERK-MAGISTRATE OR DESIGNEE: Ann T Colicchio

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.
DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

# STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL

**DOCKET NO.:** 0447 SC 0076

**Court of Massachusetts Small Claims Session**

☐ BOSTON MUNICIPAL COURT  ☒ DISTRICT COURT — Concord Division  ☐ HOUSING COURT

**PART 2 — PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:**
Daniel Ferullo (Hit & Run Sports and Games)
523 Lowell St
Lexington, MA 02420
PHONE NO: 781-862-5254

**PLAINTIFF'S ATTORNEY (if any):** (none)

**PART 3 — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:**
United States Post Office
PO Box 80141
Saint Louis, MO 63180-0141
PHONE NO: 1-888-601-9328

**PART 4 — PLAINTIFF'S CLAIM.** The defendant owes $358.70 plus $30 court costs for the following reasons. Give the date of the event that is the basis of your claim.

I shipped a 1945 Mitchell & Ness Pirates Jacket to Alton Miftari 2990 Brighton 12th St Apt 1-D Brooklyn NY 11235 on 10/24/03. Alton said he didn't received the jacket. The post office said they delivered it but nobody signed for the item, but they gave the item to somebody other than Alton. I am out the jacket and money. Post office is responsible.

**SIGNATURE OF PLAINTIFF:** Daniel Ferullo    **DATE:** 1/1/04

**PART 5 — MEDIATION:** Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6 — MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

SIGNATURE OF PLAINTIFF: X _____ DATE: _____

**NOTICE TO DEFENDANT:**
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

**NAME AND ADDRESS OF COURT:**
Concord District Court
305 Walden St
Concord, Ma 01742
978-369-0500 x631

**DATE AND TIME OF TRIAL:** 3/23/04 AT 9:00 a.m.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

**FIRST JUSTICE:** Robert J McKenna, Jr
**CLERK-MAGISTRATE OR DESIGNEE:** Ann T Colicchio

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

| STATEMENT OF SMALL CLAIM AND NOTICE OF TRIAL | Court Use Only | DOCKET NO. 0447 SC 0078 | Trial Court of Massachusetts Small Claims Session |
|---|---|---|---|

**PART 1**
- ☐ BOSTON MUNICIPAL COURT
- ☐ DISTRICT COURT — Concord Division
- ☐ HOUSING COURT — Division

**PART 2**
PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE:
Daniel Feruello (Hit & Run Sports and Games)
523 Lowell St
Lexington MA 02420
PHONE NO: 781 862-5254

PLAINTIFF'S ATTORNEY (if any):
Name: _____
Address: _____
PHONE NO: _____
BBO NO: _____

**PART 3**
DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE:
United States Postal Service
PO Box 80141
Saint Louis, MO 63180-0141
PHONE NO: 1 888 601 9328

ADDITIONAL DEFENDANT (if any):
Name: _____
Address: 72636000101/28/04  CL CASH  30.00
72636000101/28/04  VL SURCH  10.00
PHONE NO: _____

**PART 4**
PLAINTIFF'S CLAIM. The defendant owes $1214.40 plus $40 court costs for the following reasons: Give the date of the event that is the basis of your claim.

On 9/16/03 I sent 2 packages containing 5 Mitchell & Ness Authentic Throwback Jerseys to Frank Small 204 Washington St Apt #203 Lynn Ma 09102 Purchased with a credit card. First the post office said they were delivered and then said they were picked up at the post office. The Post office gave the packages to some one other than the addressee (Troy Sutson) not Frank Small. The charge card company took the money back so I'm out the money and merchandise. This incident has been filled with the Lexington Police and Lynn Police as a fraud case. The Post office is responsible.

SIGNATURE OF PLAINTIFF X: Daniel Feruello    DATE: 1/1/04

**PART 5**
MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**
MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:
☐ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.
☐ above defendant(s) is (are) serving in the military

X _____ SIGNATURE OF PLAINTIFF    DATE

**NOTICE OF TRIAL**

NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT:
Concord District Court
305 Walden St
Concord, Ma 01742
978-369-0500 x631

DATE AND TIME OF TRIAL: 3/23/04 AT 9:00 a.m.
ROOM NO: _____

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

FIRST JUSTICE: Robert J McKenna, Jr
CLERK-MAGISTRATE OR DESIGNEE: Ann T Colicchio

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (01/02)   ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÉS, OBTENGA UNA TRADUCCIÓN.

COMMONWEALTH OF MASSACHUSETTS
DISTRICT COURTS OF MASSACHUSETTS

Middlesex, SS

Concord Division
Small Claims Session

```
DANIEL FERULLO d/b/a        )
HIT & RUN SPORTS & GAMES    )
                            )
v.                          )     Docket Nos. 0447 SC 0076
                            )                 0447 SC 0077
U.S. POSTAL OFFICE,         )                 0447 SC 0078
P.O. BOX 90141,             )
SAINT LOUIS, MISSOURI       )
                            )
```

## NOTICE OF HEARING ON DEFENDANT'S MOTION TO REMOVE DEFAULT AND FOR LEAVE TO PROCEED WITH REMOVAL OF ACTION TO FEDERAL DISTRICT COURT

The defendant, United States Postal Service (hereafter, the "USPS"), hereby gives notice to this honorable Court and to the plaintiff of the defendant USPS' intention to mark up its previously filed *Motion to Remove Default and for Leave to Proceed with Removal of Action to Federal District Court* (filed April 14, 2004), for **hearing on Tuesday, May 11, 2004, at 9:00a.m.**

Respectfully submitted,
UNITED STATES POSTAL SERVICE,

By its attorney,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
Gina Y. Walcott-Torres
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3369
BBO No. 565787

## CERTIFICATE OF SERVICE

This is to certify that I have this 20th day of April 2004, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Daniel Ferullo (d/b/a Hit & Run Sports and Games), *pro se*, 523 Lowell Street, Lexington, MA 02420

/s/ Gina Walcott-Torres
Gina Y. Walcott-Torres
Assistant United States Attorney

2