IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL FERULLO d/b/a<br>HIT & RUN SPORTS AND GAMES,<br>     Plaintiff<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br>     Defendant | Civil Action No. 04-12016NMG |

### DEFENDANT'S MOTION TO DISMISS

The defendant, United States Postal Service ("United States"), hereby moves to dismiss the plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3).

                              Respectfully submitted,

                              UNITED STATES POSTAL SERVICE,

                              By its attorney,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  Gina Y. Walcott-Torres
                              Assistant U.S. Attorney
                              Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3369
                              BBO No. 565787

Dated: April 30, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this 30th day of April 2005, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Daniel Ferullo (d/b/a Hit & Run Sports and Games), *pro se*,
523 Lowell Street,
Lexington, MA 02420

_____
Gina Y. Walcott-Torres
Assistant United States Attorney