Daniel Ferullo, d/b/a Hit and Run Sports and Games
                Plaintiff

              v.                    Civil Action No 04-12016-NMG

United States Postal Service,
              Defendant
Gina Y Walcott-Torres Assistant United States Attorney

5/9/05

### Plaintiff's Motion

The plaintiff, Daniel Ferullo objects to defendant's motion to dismiss on ground this case is a special case, and not a usual case. This case should be heard because of the special circumstances. The post office tried to deliver the packages to Frank Small who the packages were addressed. The packages were brought back to the post office. A few days later a person other than Frank Small went to the post office, and the postal clerk gave insured packages to this person. This case against the US Postal Service has nothing to do with lost or damaged packages, this case has to do with the post office giving the insured packages to someone other than Frank Small, and allowed that person to commit fraud.

Daniel Ferullo

*/s/ Daniel Ferullo*